STATE OF MAINE                                        SUPERIOR COURT
PENOBSCOT, SS.                                        Docket No. CV-99-116

FILED AND ENTERED
SUPERIOR COURT

OCT 23 2001

PENOBSCOT COUNTY

PAUL A. DYER,                          )
           Plaintiff,                  )
                                       )
                                       )
                                       )
           v.                          )         **ORDER ON MOTION**
                                       )         **FOR SUMMARY JUDGMENT**
                                       )
GEORGE HOBART, et al.,                 )
           Defendants.                 )

The facts are not in dispute. Defendants move for summary judgment based upon the doctrines of accord and satisfaction and statute of frauds. They have abandoned their arguments regarding the statute of limitations for the time being.

Plaintiff styles the first count of the Amended Complaint as promissory estoppel. In essence, he argues that Defendant George Hobart is estopped from avoiding obligations created under an oral agreement alleged to be created at the inception of their relationship. The parties agree that no written agreement or contract was ever created. Under these circumstances, the court is satisfied that the statute of frauds does apply and renders unenforceable the agreement which is alleged to be the motivation for the Plaintiff's actions and/ or forbearance. Daigle Commercial Group, Inc. v. St. Laurent, 734 A.2d 667 (Me. 1999). Further, court finds that Plaintiff would have other remedies at law, thus rendering promissory estoppel not the only means by which injustice could be avoided upon these facts. Stearns v. Emery-Waterhouse Co., 596 A.2d 72 (Me. 1991). The facts as presented in the context of this motion are insufficient to establish fraud upon the part of the Defendants. Summary judgment is rendered in favor of the Defendants on Count I.

The facts also conclusively establish that the Plaintiff negotiated a check which had been tendered to him upon the condition that it constituted "...full satisfaction of all claims you have against the [Hobart Insurance Associates, Inc.] corporation...". As such, summary judgment is granted to Defendant Hobart Insurance Associates, Inc., on the Amended Complaint.

As Count IV alleges a statutory cause of action on behalf of an employee against an employer, and the facts presented on the pending motion establish an independent contractor status, summary judgment must be rendered in favor of the Defendants on this count.

The docket entry shall be: Summary judgment granted in favor of the Defendant Hobart Insurance Associates, Inc., on all counts of the Amended Complaint, and summary judgment granted in favor of George Hobart on Counts I and IV.

So Ordered

**The Clerk may incorporate this Order into the docket by reference pursuant to M.R.Civ.P Rule 79 (a).**

Dated: October 23, 2001

JUSTICE, SUPERIOR COURT

Date Filed ___6/1/99___    PENOBSCOT ___    Docket No. _____CV-99-116___

County   10/23/01 Summary Judgment entered for
                  Hobart Ins. & George Hobart

Action CIVIL - CONTRACT _____

    ASSIGNED TO JUSTICE MARSANO            COUNTERCLAIM
    **RE-ASSIGNED TO JUSTICE ANDREW M. MEAD**


    PAUL A. DYER                           GEORGE HOBART
                        Added 7/18/00- HOBART INSURANCE ASSOCIATES, INC.
                        vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| PETER A ANDERSON ESQ    w/d<br>202 EXCHANGE STREET, SUITE 200<br>BANGOR ME 04401<br><br>Paul Dyer<br>Legacy Associates, Inc.<br>15 Phillips Road<br>Bangor, ME    04401 | J. BRADFORD COFFEY, ESQ.  w/d 9/26/01<br>FARRELL, ROSENBLATT & RUSSELL<br>61 MAIN STREET<br>P O BOX 738<br>BANGOR, ME   04402-0738<br>BY: Jon A. Haddow, Esq. - 8/31/01 |

CV-99-116
10/23/01
Counterclaim
Pending

| Date of<br>Entry | Christopher R. Largay, Esq. (a/o 7/5/00)<br>Joseph M. Pickering, Esq.<br>293 State Street, Bangor, Maine   04401 |
|---|---|
| 6/1/99 | Complaint filed. |
| 6/1/99 | Officer's Return of Service filed (s.d. 5/26/99) |
| 6/2/99 | Case File Notice postcard forwarded to Plaintiff's counsel. |
| 6/2/99 | Copy of Complaint together with copy of the Docket Entries forwarded to Office of the Attorney General, Augusta, ME (Fraud Count) |
| 6/14/99 | Answer, Affirmative Defenses and Counterclaim of Defendant George Hobart filed by J. Bradford Coffey, Esq.  (Coversheet filed.) |